Jon S. Dawson
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503
Phone: (907) 257-5300
jondawson@dwt.com

Attorneys for Alaska Structures, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA STRUCTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MILICIA BENS DE SEGURANCA E ) | Case No. 3:16-cv-_____ |
| TECNOLOGIAS MILITARES, LDA ) | |
| d/b/a GRUPO MILICIA, and d/b/a ) | |
| MILICIA LDA, ) | |
| ) | |
| Defendants, ) | |

## COMPLAINT

Comes now Plaintiff Alaska Structures, Inc., by and through its attorneys, Davis Wright Tremaine LLP, and for a complaint against Defendant Milicia - Bens de Seguranca e Tecnologias Militares, Lda., d/b/a Grupo Milicia, and d/b/a Milicia Lda. ("Milicia") alleges as follows:

### I.   PARTIES

1.1   Alaska Structures, Inc. ("AKS") is an Alaska corporation.

1.2   Milicia is a Portuguese limited liability company.

## II. JURISDICTION

2.1     Jurisdiction rests in the United States District Court pursuant to 28 U.S.C. § 1332(a)(2), diversity of citizenship

## III. FIRST CAUSE OF ACTION – THE PURCHASE AGREEMENT

3.1     On or about February 19, 2015, Milicia and AKS entered into a Purchase Agreement whereby Milicia agreed to purchase certain fabric-covered shelters, environmental control units, lighting kits, and other goods from AKS (collectively, the "Shelters") for the price of $98,288.00.  A true and correct copy of that Purchase Agreement is attached hereto as Exhibit A.

3.2     Per the Purchase Agreement, payment of the purchase price was due 45 days from the date on which the Shelters were shipped to Milicia.  The Shelters were shipped to Milicia on February 20, 2015, and payment came due on April 6, 2015.

3.3     Despite demand, Milicia failed to pay for the Shelters.

3.4     The Purchase Agreement provides that AKS may charge interest on any unpaid amounts at the rate of 1.5% per month (18% per annum).

3.5     The Purchase Agreement provides that in the event of default, AKS is entitled to recover its actual attorney fees and all other costs of collection.

3.6     As of January 12, 2016, there is owing from Milicia under the Purchase Agreement the sum of $98,288.00, plus interest on that sum at the rate of 18% per annum from the date on which payment was due through the date of judgment, plus attorney fees

COMPLAINT    -   **2**
*Alaska Structures Inc.  v. Milicia Bens de Seguranca e Tecnologias Militares, Lda et al.,*
Case No. 3:16-cv-

Case 3:16-cv-00014-RRB   Document 1   Filed 01/15/16   Page 2 of 6

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

and other costs of collection incurred by AKS to collect amounts owing from Milicia under the Purchase Agreement through the date of judgment.

3.7 The Purchase Agreement provides that in the event of any dispute under that agreement, jurisdiction and venue lie exclusively in the courts at Anchorage, Alaska.

## IV. SECOND CAUSE OF ACTION – CONVERSION OF LOANED PROPERTY

4.1 On or about May 7, 2014, AKS and Milicia entered into a verbal agreement whereby AKS loaned the following property (the "Loaned Property") to Milicia for Milicia's use in making demonstrations to its customers: a fabric covered shelter; a system (the "XTERRA System") consisting of a generator and an environmental control unit in a trailer; and carry bags.

4.2 As a condition to AKS's agreement to loan the Loaned Property, Milicia agreed to return the Loaned Property to Alaska Structures upon demand.

4.3 The Loaned Property was shipped to Milicia on July 25, 2014. A true and correct copy of the shipping list that accompanied that shipment is attached hereto as Exhibit B.

4.4 The Loaned Property has a value of not less than $80,000.

4.5 Despite demand, Milicia has refused to return the Loaned Property.

4.6 Milicia's refusal to return the Loaned Property constitutes conversion.

4.7 As a result of Milicia's conversion, AKS is entitled to damages of not less than the value of the Loaned Property, to the rental value of the Loaned Property from the

COMPLAINT - **3**
*Alaska Structures Inc. v. Milicia Bens de Seguranca e Tecnologias Militares, Lda et al.*,
Case No. 3:16-cv-

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

date on which demand was made for its return through the date of the date of judgment, and to punitive damages of not less than three times the combined value of the Loaned Property plus the foregoing rental value.

## V. SECOND CAUSE OF ACTION – RECOVERY OF LOANED PROPERTY

5.1 Plaintiff realleges paragraph 3.1 through 3.4 above.

5.2 Alternatively, AKS is entitled to the immediate return of the Loaned Property to AKS and to damages for the amount of its value if it is not immediately returned, plus damages in the amount of the rental value of the Loaned Property from the date on which demand was made for its return through the date of the date of judgment.

## VI. PRAYER FOR RELIEF

WHEREFORE, AKS requests the following relief:

A. For judgment against Milicia for all amounts owing under the Purchase Agreement, including principal, accrued and accruing interest at the contract rate of 18% per annum through the date of judgment, and AKS's actual attorney fees, court costs, and other costs of collection;

B. For judgment against Milicia for damages for conversion in the amount of the value of the Loaned Equipment, plus the rental value of the Loaned Property from the date on which demand was made for its return through the date of the date of judgment, plus punitive damages of not less than three times the combined value of the Loaned Property and the foregoing rental value;

COMPLAINT - **4**
*Alaska Structures Inc. v. Milicia Bens de Seguranca e Tecnologias Militares, Lda et al.,*
Case No. 3:16-cv-

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

C. As an alternative to the relief sought in paragraph B above, for an order directing Milicia to immediately return of the Loaned Property to AKS, for judgment against Milicia for the amount of the Loaned Property if it is not immediately returned, and in either case for damages in the amount of the rental value of the Loaned Property from the date on which demand was made for its return through the date of judgment;

D. To the extent not already awarded pursuant to paragraph A above, for prejudgment interest on amounts owing under the Purchase Agreement at the contract rate of 18% per annum as provided under Alaska law;

E. For prejudgment interest on amounts awarded in connection with the Second Cause of Action or the Third Cause of Action at the highest rate allowed by Alaska law;

F. To the extent not already awarded pursuant to paragraph A above, for an award of AKS's attorney fees, court costs, and other costs of collection;

G. For post-judgment interest on all amounts awarded to AKS at the highest rate allowed by applicable law; and

H. For such further or additional relief that the Court finds appropriate or just.

COMPLAINT - **5**
*Alaska Structures Inc. v. Milicia Bens de Seguranca e Tecnologias Militares, Lda et al.*,
Case No. 3:16-cv-

Case 3:16-cv-00014-RRB   Document 1   Filed 01/15/16   Page 5 of 6

DATED this 14th day of January, 2016.

                DAVIS WRIGHT TREMAINE LLP
                Attorneys for Defendant

By:   /s/ Jon S. Dawson
       Jon S. Dawson
       Alaska Bar No. 8406022

Certificate of Service

On the 14th day of January, 2016, a true and correct copy of the foregoing COMPLAINT was sent by the Court's ECF system, to the following parties:

/s/ Jon S. Dawson
Jon S. Dawson

COMPLAINT - **6**
*Alaska Structures Inc. v. Milicia Bens de Seguranca e Tecnologias Militares, Lda et al.,*
Case No. 3:16-cv-
DWT 28725891v1 0024330-000075