IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALASKA STRUCTURES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:16-CV-00014-RRB |
| | ) | |
| vs. | ) | |
| | ) | |
| MILICIA BENS DE SEGURANCA E | ) | |
| TECNOLOGIAS MILITARES, LDA, | ) | |
| d/b/a GRUPO MILICIA, and d/b/a MILICIA | ) | |
| LDA, | ) | DEFAULT JUDGMENT |
| | ) | |
| Defendant | ) | |

THIS MATTER having come before the Court upon the Application for Default

Judgment filed by Plaintiff Alaska Structures, Inc. against Defendant Milicia Bens De

Securanca E Technologia Militares, LDA, d/b/a Grupo Milicia, and d/b/a Milicia LDA;

Default having been entered against Defendant for its failure to appear, answer, or

otherwise defend this matter; and

It appearing that Plaintiff is entitled to default judgment as set forth herein;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.     Default judgment is entered in favor of Plaintiff Alaska Structures, Inc.

against Defendant Milicia Bens De Securanca E Technologia Militares,

LDA, d/b/a Grupo Milicia, and d/b/a Milicia LDA in the amount of

$77,526.12.

2.      Interest shall accrue on the judgment rendered herein at the rate provided

for in 28 U.S.C. § 1961.

LET EXECUTION ISSUE.

DATED this 16th day of August, 2016

S/ RALPH R. BEISLTINE

The Honorable Ralph R. Beistline
United States District Court Judge

2